# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-0539
LT Case No. 2019-CF-001613

———————————————

ALEXANDER GONZALEZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Putnam County.
Howard O. McGillin, Jr., Judge.

Eddie J. Bell, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Robin A.
Compton, Assistant Attorney General, Daytona Beach, for
Appellee.

December 19, 2023

PER CURIAM.

    AFFIRMED.

HARRIS, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____